IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF MARYLAND, MICHAEL GOEBEL, Ex Rel., and WILLIAM COLEMAN, Ex Rel. | : : : : : | CIVIL ACTION |
| v. | : : | |
| SELECT REHABILITATION, INC., ANCHORAGE SNF, LLC, d/b/a Anchorage Healthcare Center, COMMUNICARE HEALTH SERVICES, INC. and WHITE OAK HEALTHCARE, LLC d/b/a White Oak Senior Care | : : : : : : | NO. 19-3277 |

## ORDER

**NOW**, this 28th day of December, 2022, upon consideration of the Notice of Partial Dismissal Without Prejudice as to Defendant Select Rehabilitation Only (Doc. No. 85) and the government having filed a Notice of Consent, it is **ORDERED** that the Relators' *qui tam* claims against defendant Select Rehabilitation, Inc. are **DISMISSED WITHOUT PREJUDICE** to the United States's ability to bring such claims.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.