IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF MARYLAND, MICHAEL GOEBEL, Ex Rel., and WILLIAM COLEMAN, Ex Rel. | : : : : : | CIVIL ACTION |
| v. | : : | |
| SELECT REHABILITATION INC., ANCHORAGE SNF, LLC, d/b/a Anchorage Healthcare Center, COMMUNICARE HEALTH SERVICES, INC. and WHITE OAK HEALTHCARE, LLC d/b/a White Oak Senior Care | : : : : : : | NO. 19-3277 |

## ORDER

**NOW,** this 29th day of September, 2023, upon consideration of the defendants' Motion to Dismiss Relators' Complaint (Doc. No. 93), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is **DENIED.**

It is **FURTHER ORDERED** that defendants shall file their answers to the complaint no later than **October 20th, 2023**.

_____
TIMOTHY J. SAVAGE, J.