IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF MARYLAND, MICHAEL GOEBEL, Ex Rel., and WILLIAM COLEMAN, Ex Rel. | : : : : : | CIVIL ACTION |
| v. | : : | |
| SELECT REHABILITATION INC., ANCHORAGE SNF, LLC, d/b/a Anchorage Healthcare Center, COMMUNICARE HEALTH SERVICES, INC. and WHITE OAK HEALTHCARE, LLC d/b/a White Oak Senior Care | : : : : : : | NO. 19-3277 |

**ORDER**

**NOW,** this 13th day of February, 2024, upon consideration of Defendants' Motion to Certify Order for Interlocutory Appeal and to Stay Case Pending Appeal (Doc. No. 113), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.